UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HULL, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:16-cv-00815-BAM <br><br> **ORDER RE STIPULATION EXTENDING TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF** |

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have a 30-day extension, or until June 16, 2017, to file her responsive brief. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **May 17, 2017**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE